In the Matter of the Accounting of EDWARD MITCHELL et al., as Executors of BENJAMIN D. SILLIMAN, Deceased, Appellants.

CAROLINE S. TAYLOR et al., Respondents.

*Matter of Mitchell,* 115 App. Div. 904, affirmed.
(Argued March 6, 1907; decided April 2, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 16, 1906, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of the executors herein.

*John M. Bowers* and *William Mitchell* for appellants.

*Edmund L. Baylies* and *David H. M. Weynberg* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Probate of the Will of HARVEY N. DE WITT, Deceased.

ROBERT H. CLARK, as Executor, Appellant; LILLIE M. DE WITT, Respondent.

*Matter of De Witt,* 113 App. Div. 790, affirmed.
(Submitted March 8, 1907; decided April 2, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1906, which modified and affirmed as modified a decree of the Orange County Surrogate's Court admitting to probate a paper propounded as the will of Harvey N. De Witt, deceased.

*John F. Halstead* for appellant.

*John A. Kemp* for respondent.

Order affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.